IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| RAMONA A., | ) | |
| Plaintiff, | ) | Civil Action No. 5:20-cv-00066 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJIKAZI, | ) | By:   Joel C. Hoppe |
| Acting Commissioner of Social Security, | ) | United States Magistrate Judge |
| Defendant. | ) | |

This matter is before the Court on Plaintiff Ramona A.'s appeal of the Commissioner of

Social Security's final decision on her claims for disability insurance benefits under Title II of

the Social Security Act, 42 U.S.C. §§ 401–434, and for supplemental security income under Title

XVI of the Social Security Act, *id.* §§ 1381–1383f. For the reasons stated in the Memorandum

Opinion filed this date, the Commissioner's motion for summary judgment, ECF No. 21, is

**GRANTED**, and the Commissioner's final decision is **AFFIRMED**. 42 U.S.C. § 405(g). The

Clerk is directed to **DISMISS** the case from this Court's active docket.

It is so ORDERED.

The Clerk shall send certified copies of this Order to the parties.

ENTER: March 31, 2022

Joel C. Hoppe
United States Magistrate Judge